ACCEPTED
03-15-00044-CV
6787902
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 3:05:17 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00044-CV

In the Court of Appeals
for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 3:05:17 PM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Appellant,*

v.

MAURIE LEVIN, NAOMI TERR, AND HILARY SHEARD,

*Appellees.*

On Appeal from the
201st Judicial District Court of Travis County, Texas

**UNOPPOSED MOTION TO EXTEND
TO SEPTEMBER 14, 2015, THE DEADLINE TO FILE
APPELLANT'S REPLY BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6, Appellant Texas Department of Criminal Justice requests a 14-day extension of the deadline to file Appellant's reply brief. No prior extension of this deadline has been sought and received. This extension request is *not opposed*.

The reply brief was due August 31, 2015. The requested 14-day extension, if granted, would make the brief due on or before September 14, 2015.

There is good reason to grant the requested extension, which is not sought for any improper purpose. Appellant's counsel has had and will continue to have a significant workload in other matters that makes it impossible to complete by the current deadline a brief that would be helpful to the Court. That workload includes, but is not limited to, significant responsibilities in the following matters:

- *Veasey v. Abbott*, No. 14-41127, in the United States Court of Appeals for the Fifth Circuit (filing a motion for *en banc* consideration; motion to stay the mandate pending petition for writ of certiorari; and response to motions requesting limited remand); and

- *Matthews v. Kountze Indep. Sch. Dist.*, No. 14-0453, in the Texas Supreme Court (drafting brief of amicus curiae State of Texas to be submitted to the Court).

## PRAYER

For these reasons, the Court should extend to September 14, 2015, the deadline for filing Appellant's reply brief.

Respectfully submitted.

KEN A. PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

 /s/ Richard B. Farrer
RICHARD B. FARRER
Assistant Solicitor General
State Bar No. 24055470
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
richard.farrer@texasattorneygeneral.gov

COUNSEL FOR APPELLANT TEXAS DEPARTMENT
OF CRIMINAL JUSTICE

4

**CERTIFICATE OF CONFERENCE**

I certify that I conferred by email with counsel for Appellees, Philip Durst, who indicated that this motion is not opposed.

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*

**CERTIFICATE OF SERVICE**

On September 3, 2015, the foregoing document was served via File & ServeXpress and e-mail on counsel for Appellees:

Philip Durst
Manuel Quinto-Pozos
DEATS, DURST, OWEN & LEAVY, PLLC
1204 San Antonio, Suite 203
Austin, Texas 78701
[Tel] (512) 474-6200
[Fax] (512) 474-7896
pdurst@ddollaw.com
mqp@ddollaw.com

Maurie Amanda Levin
LAW OFFICE OF MAURIE LEVIN
614 South 4th St. #346
Philadelphia, Pennsylvania 19147
[Tel] (512) 294-1540
[Fax] (215) 733-9225
maurielevin@gmail.com

/s/  Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*